IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHON WILLIAMS,                          )
                                        )
    Plaintiff,                        )
                                        )
vs.                                     )    CIV. A. NO. 25-0283-JB-MU
                                        )
FRANK BISIGNANO,                        )
Commissioner of Social Security,        )
                                        )
    Defendant.                        )

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 3rd day of August, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE